No. 636, Misc.  HUMPHRIES *v.* BETO, CORRECTIONS DIRECTOR, ET AL.  Court of Criminal Appeals of Texas. Certiorari denied.

No. 637, Misc.  BETTS *v.* RANDOLPH, WARDEN.  Circuit Court of Randolph County, Illinois.  Certiorari denied.

No. 641, Misc.  GILBERT *v.* BOLES, WARDEN.  Supreme Court of Appeals of West Virginia.  Certiorari denied.

No. 650, Misc.  KILGALLEN *v.* NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 651, Misc.  JONES *v.* KENTUCKY.  Court of Appeals of Kentucky.  Certiorari denied.

No. 653, Misc.  HENDERSON *v.* BETO, CORRECTIONS DIRECTOR.  Court of Criminal Appeals of Texas.  Certiorari denied.

No. 708, Misc.  BRATCHER *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 113.  CAMPBELL ET AL. *v.* PENNSYLVANIA, *ante,* p. 901;

No. 124.  ATLAS SCRAPER & ENGINEERING CO. *v.* PURSCHE, *ante,* p. 911;

No. 383.  COPPOLLA ET AL. *v.* UNITED STATES, *ante,* p. 920;

No. 538.  CAMPISI *v.* UNITED STATES, *ante,* p. 925;

No. 389.  DILLARD *v.* JACKSON'S ATLANTA READY MIX CONCRETE CO., INC., *ante,* p. 902;

No. 416.  IN RE ALFORD, *ante,* p. 910; and

No. 418.  NICHOLS & COMPANY *v.* UNITED STATES, *ante,* p. 911.  Petitions for rehearing denied.